**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BACHIR NASRANY,

Plaintiff,

- against -

THE GENERAL CONSULATE OF KUWAIT IN NEW YORK CITY AND HADI ALSUBAEI,

Defendants.

Case No. ____________

**DECLARATION OF ZARINA FAKIRA IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

ZARINA FAKIRA, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2. I am the Secretary at The General Consulate of the State of Kuwait in New York ("The Consulate") and submit this Declaration in support of Defendants The General Consulate of the State of Kuwait in New York, i/s/h/a The General Consulate of Kuwait In New York City, and Deputy Consul General Hadi Alsubaie's, i/s/h/a Hadi Alsubaei ("Mr. Alsubaie") (collectively, "Defendants") Notice of Removal.

3. As part of my job duties, I review mailings delivered to The Consulate at the consular premises located at the address of 321 East 44th Street, Floor 9, New York, New York, 10017 ("Consular Address").

4. I reviewed the following mailings sent to the Consular Address on the following dates:

- An envelope containing the Summons, Order for Alternative Manner of Service And Extension of Time to Serve, and Amended Complaint for the action filed by Plaintiff Bachir Nasrany ("Plaintiff") against Defendants in the Supreme Court of the state of New York, New York County, captioned *Bachir Nasrany v. The General Consulate of Kuwait in New York City and Hadi Alsubaei*, and assigned Index No. 100806/2024 (the "State Court Action") addressed to "The General Consulate of Kuwait" via USPS Priority Mail Express and delivered on or about August 22, 2024. Per the Order for Alternative Manner of Service And Extension of Time to Serve, on August 13, 2024, the court in the State Court Action entered an order that the Summons and Verified Complaint be served via alternative manner of service upon Defendants via (a) overnight mail, (b) certified mail with return receipt requested, and (c) ordinary mail, at the address of 321 East 44th Street, Floor 9, New York, New York, 10017. A true and correct copy of the Order for Alternative Manner of Service And Extension of Time to Serve is attached as Exhibit 1;
- An envelope containing the Summons, Order for Alternative Manner of Service And Extension of Time to Serve, and Amended Complaint for the State Court Action addressed to "Hadi Alsubaei, Diplomat" via USPS Priority Mail Express and delivered on or about August 22, 2024;
- An envelope containing the Summons and Amended Complaint for the State Court Action addressed to "The General Consulate of Kuwait" via certified mail and delivered on or about August 23, 2024;
- An envelope containing the Summons and Amended Complaint for the State Court Action addressed to "Diplomat Hadi Alsubaei" via certified mail and delivered on or about August 23, 2024;
- An envelope containing the Summons and Amended Complaint for the State Court Action addressed to "Diplomat Hadi Alsubaei" via regular mail and delivered on or about August 23, 2024; and
- An envelope containing the Summons and Amended Complaint for the State Court Action addressed to "The General Consulate of Kuwait" via mail and delivered on or about August 26, 2024.

5. In my position as Secretary of The Consulate, I also interact regularly with Mr. Hadi Alsubaie, who serves as Deputy Consul General of The Consulate.

6. Mr. Alsubaie has held the position of Deputy Consul General of The Consulate since August 2023 to present. Previously, Mr. Alsubaie held the position of Deputy Consul of The Consulate from August 2019 to August 2023.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

Executed on this 19 day of September 2024.

ZARINA

ZARINA FAKIRA

# EXHIBIT 1

**Print in black ink all areas in bold letters.**

At ~~I.A.S. Part~~ the Ex Parte Motion Office of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse thereof, 60 Centre Street, New York, N.Y., on the 13th day of Aug., 2024

EX PARTE MOTION OFFICE
APPROVED
FOR THE PAYMENT
OF MOTION FEE

PRESENT: HON. HON. JEANINE R. JOHNSON J.S.C.
Justice of the Supreme Court

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Bachir Nassany, Plaintiff(s),

- against -

Consulate of Kuwait and diplomat Hadi Alsubaie, Defendant(s).

Index Number 100806/2024

**ORDER FOR ALTERNATIVE MANNER OF SERVICE AND EXTENSION OF TIME TO SERVE**

Upon reading and filing the Summons and Verified Complaint (~~or *Summons with Notice*~~), in the above-entitled action and the ~~affidavit~~ affirmation of Bachir Nassany, plaintiff herein, ~~sworn to before a notary on~~ dated the 12 day of August, 2024 ~~and the attorney's affirmation dated ______, 20__~~; and upon the pleadings had herein, and it appearing that service of the summons herein upon the defendant, The General Consulate of Kuwait and diplomat Hadi Alsubaie pursuant to CPLR §308(1) is impracticable.

**NOW**, on motion of Bachir Nassany, plaintiff, (*pro se, if applicable*), for an order directing an alternate manner of service of the Summons and Verified Complaint (~~or *Summons with Notice*~~) pursuant to CPLR§308(5),

**ORDERED,** that the Summons and Verified Complaint (~~or *Summons with Notice*~~) be served upon defendant, The General Consulate of Kuwait and diplomat Hadi Alsubaie, by mailing a copy of the Summons and Verified Complaint (~~or *Summons with Notice*~~) to defendant, The General Consulate of Kuwait and diplomat at Hadi Alsubaie 321 east 44 street, New York NY 10017 floor 9th

______________ by ~~registered mail~~ and ordinary mail and that service as aforesaid shall be in lieu of CPLR§308(1)(2)(4) and of publication, and it is

**ORDERED**, that the plaintiff's time within which to serve defendant with the Summons and Verified Complaint (~~or *Summons with Notice*~~) in this action, and file an affidavit of service is hereby extended 120 days from the date of this Order, said time to expire on 11/7/2024.

ENTER:

HON. JEANNIE R. JOHNSON
J.S.C.