```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BACHIR NASRANY, :
:
:
Plaintiff, :
: 24-cv-07163 (LJL)
-v- :
: ORDER
:
THE GENERAL CONSULATE OF KUWAIT IN :
NEW YORK CITY ET AL, :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court will hold a Telephone Conference in this matter on October 15, 2024 at 2:30PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

    Counsel for Defendants is directed to notify all parties of this Order.

    SO ORDERED.

Dated: September 30, 2024
       New York, New York

                                                            LEWIS J. LIMAN
                                                        United States District Judge