UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BACHIR NASRANY,  :
:
Plaintiff,  :
: 24-cv-07163 (LJL)
-v-  :
: ORDER
:
THE GENERAL CONSULATE OF KUWAIT IN  :
NEW YORK CITY AND HADI ALSUBAEI,  :
:
Defendant.  :
X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

On October 8, 2024, Plaintiff Bachir Nasrany, who is proceeding *pro se*, filed a letter with this Court, Dkt. No. 11, concerning the Defendant's Motion to Dismiss, Dkt. No. 8. In this letter as well as in the Plaintiff's Motion to Remand, Dkt. No. 13, Plaintiff requests, among other things, that this Court delay the teleconference currently scheduled for October 15, 2024 at 2:30 p.m. in order to give the Plaintiff more time to review and respond to the Defendant's Motion to Dismiss. That request is DENIED.  At the October 15 teleconference, the Court will set out a deadline for Plaintiff's response to Defendant's Motion to Dismiss which will give Plaintiff ample time to respond to that motion.  Plaintiff should be prepared to address how much time he will need but need not be prepared to advance his substantive arguments at the October 15 conference.

SO ORDERED.

Dated: October 10, 2024
       New York, New York
                                           _____
                                           LEWIS J. LIMAN
                                           United States District Judge