```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BACHIR NASRANY,                                                   :
:
:
                    Plaintiff,                                     :
:  24-cv-07163 (LJL)
          -v-                                                      :
:     ORDER
:
THE GENERAL CONSULATE OF KUWAIT IN                                :
NEW YORK CITY AND HADI ALSUBAEI,                                  :
:
                    Defendant.                                     :
                                                                   X
------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

On October 15, 2024, both parties to this action were to attend the scheduled teleconference, see Dkt. No. 14, to advance a schedule for briefing Defendant's Motion to Dismiss, Dkt. No. 8, and Plaintiff's Motion to Remand, Dkt. No. 13. Counsel for Defendants joined the call, but Plaintiff Bachir Nasrany did not. In the interests of conferring with both parties, the Court is rescheduling today's teleconference for Friday, October 25, 2024, at 2 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

The Clerk of Court is directed to notify all parties of this order.

SO ORDERED.

Dated: October 15, 2024
       New York, New York                   _____
                                                  LEWIS J. LIMAN
                                            United States District Judge