```
                                                              USDC SDNY
                                                              DOCUMENT
UNITED STATES DISTRICT COURT                                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                 DOC #:_____
---------------------------------------------------------------X  DATE FILED: 10/25/2024
                                                         :
BACHIR NASRANY,                                          :
                                                         :
                        Plaintiff,                       :
                                                         :        24-cv-07163 (LJL)
        -v-                                              :
                                                         :            ORDER
THE GENERAL CONSULATE OF KUWAIT IN                       :
NEW YORK CITY AND HADI ALSUBAEI,                         :
                                                         :
                        Defendant.                       :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Following the October 25, 2024 teleconference attended by both parties, the Court orders the parties to treat the documents filed at Dkt. No. 16 and 20 as constituting one opposition memorandum to the Defendant's motion to dismiss pursuant to FRCP 12 (b)(5). Dkt. No. 8. Accordingly, the Defendant has until November 6, 2024 to submit its reply. Given that Plaintiff, acting *pro se*, has filed an additional document which has not yet appeared on the docket, the Court gives the Defendant leave to submit a letter to the Court specifying how much time counsel will need to prepare a response, including whether the new filing should be construed as a continuation of Plaintiff's motion to remand, etc., Dkt. No. 13, the response to which is otherwise due on October 29, 2024. Plaintiff will then have two days in which to respond to Defendant's letter.

Plaintiff as the *pro se* party should be advised that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases. The Clinic may be able to provide a non-incarcerated pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party

through the Pro Se Intake Unit). For further information regarding the Pro Se Law Clinic, parties are referred to https://www.nysd.uscourts.gov/attorney/legal-assistance.

SO ORDERED.

Dated: October 25, 2024
      New York, New York

                                      LEWIS J. LIMAN
                               United States District Judge