

| | |
|---|---|
| **Law Offices of Morris Fateha, Esq.** ATTORNEYS AT LAW | 911 Avenue U<br>Brooklyn, NY 11223<br>T: 718 627 4600 |

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Bachir Nasrany v. The General Consulate of Kuwait in New York City, et al.
Case No. 1:24-cv07163-JAV

Dear Judge Vargas:

      We submit this letter in response to the Court's December 31, 2025 Order (ECF No. 54).

      The July 22, 2025 letter submitted by Plaintiff's prior counsel stated that a process server had been retained. That statement was inaccurate. At the time it was made, no FSIA-compliant process server had been formally retained to effect service. The statement was made before undersigned counsel appeared in this matter.

      With respect to Plaintiff's later engagement of Undisputed Legal Inc., Plaintiff engaged Undisputed Legal in December 2025 to begin FSIA-compliant service preparations, including compliance assessment and coordination of certified Arabic translations, as reflected in the December 2, 2025 correspondence attached to Plaintiff's December 30, 2025 submission.

      After withdrawing as counsel of record, Mr. Hernandez did not act as counsel in this matter. His limited involvement in early December 2025 consisted of forwarding information regarding FSIA service requirements to Undisputed Legal at Plaintiff's request, based on his prior familiarity with the case. He did not retain a process server, direct service efforts, or participate in litigation decisions after withdrawal.

Respectfully submitted,


/s/ Morris Fateha

*Attorney for Plaintiff*
Law Offices of Morris Fateha