UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                      :
BACHIR NASRANY,                                                        :
                                                                      :
                              Plaintiff,                              :
                                                                      :              24-CV-07163 (JAV)
                                                                      :
        -v-                                                           :
                                                                      :              ORDER
                                                                      :
THE GENERAL CONSULATE OF KUWAIT IN NEW                                 :
YORK CITY AND HADI ALSUBAEI,                                           :
                                                                      :
                              Defendants.                             :
                                                                      :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

The Court ORDERS Plaintiff and his former counsel, Randy Hernandez, to file evidence on the docket by **February 6, 2026**, that Mr. Hernandez retained a process server in July 2025 in connection with the present action.  The letter previously submitted to the Court, ECF No. 57, and the attached exhibits show only that Mr. Hernandez began the process of retaining a process server in July 2025, but does not confirm that payment of the invoice was made or that the documents to be served were provided to the process server.

The Clerk of Court is instructed to serve a copy of this Order on Mr. Hernandez by mail and by email.

SO ORDERED.

Dated: January 27, 2026
        New York, New York                    _____
                                                      JEANNETTE A. VARGAS
                                                   United States District Judge