UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                          :
BACHIR NASRANY,                                           :
                                                          :
                              Plaintiff,                  :
                                                          :          24-CV-07163 (JAV)
               -v-                                        :
                                                          :          ORDER
THE GENERAL CONSULATE OF KUWAIT IN NEW    :
YORK CITY AND HADI ALSUBAEI,                              :
                                                          :
                              Defendants.                 :
                                                          :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

The Court has read and considered the letters of Plaintiff's former counsel, Randy Hernandez.  ECF Nos. 57, 59.  Despite the admitted inaccuracy in Mr. Hernandez's July 22, 2025 letter, the Court accepts that this inaccuracy was inadvertent in light of Mr. Hernandez's recent representations and his serious medical condition that led to his hospitalization on July 23, 2025.  Accordingly, the Court will not issue sanctions against Mr. Hernandez or Plaintiff relating to Mr. Hernandez's July 22, 2025 letter.

SO ORDERED.

Dated: February 12, 2026
       New York, New York                     _____
                                                   JEANNETTE A. VARGAS
                                                   United States District Judge