UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BACHIR NASRANY,

Plaintiff,

v.

THE GENERAL CONSULATE OF KUWAIT IN NEW YORK CITY AND HADI ALSUBAEI,

Defendants.

Case No. 1:24-cv-07163-JAV

**REQUEST TO WITHDRAW AS COUNSEL OF RECORD**

Request is hereby made by Jonathan S. Hong, Esq. of Dentons US LLP, counsel of record for Defendant Deputy Consul General Hadi Alsubaie, i/s/h/a Hadi Alsubaei, and Defendant The General Consulate of the State of Kuwait in New York, i/s/h/a The General Consulate of Kuwait in New York City (collectively, "Defendants") in the above-captioned action, to withdraw as counsel of record in this action as her employment with Dentons US LLP has concluded.

Hailey Kaye, Esq., also of Dentons US LLP, has entered his appearance and will henceforth serve as counsel of record from Dentons US LLP on behalf of Defendant.

In submitting this request, Defendants do not waive any of their defenses, rights, privileges, immunities, and objections, including, but not limited to, the defense that service has not been properly effectuated.

Dated: New York, New York
February 26, 2026

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Jonathan s. Hong*

Jonathan S. Hong
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 398-8797
e-mail: Jonathan.hong@dentons.com