UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BACHIR NASRANY,<br><br>Plaintiff<br><br>-v-<br><br>THE GENERAL CONSULATE OF KUWAIT IN NEW YORK CITY, et al.,<br><br>Defendants. | 24-CV-07163 (JAV)<br><br><u>ORDER TO SHOW CAUSE</u> |

JEANNETTE A. VARGAS, United States District Judge:

On March 23, 2026, Defendants filed a motion to dismiss. *See* ECF No. 67. Plaintiff has not submitted an opposition to this motion, which was due by April 6, 2026. *See* Local Civil Rule 6.1. Accordingly, it is hereby ORDERED that, no later than **one week** from the date of this Order, Plaintiff shall show good cause in writing why Defendants' motion should not be deemed unopposed. Failure to show such good cause (or otherwise indicate an intention to proceed with the lawsuit) may result in Defendants' motion being granted as unopposed or in dismissal of the case for abandonment or failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: April 16, 2026
New York, New York

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge